IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE HODO, C-69973, ) | |
| ) | |
| Petitioner, ) | No. C 11-4430 CRB (PR) |
| ) | |
| vs. ) | ORDER OF TRANSFER |
| ) | |
| K. ALLISON, Acting Warden, ) | (Docket # 3 & 4) |
| ) | |
| Respondent. ) | |
| ) | |

Petitioner seeks federal habeas review of the execution of a sentence imposed by Los Angeles County Superior Court, which lies in the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Petitioner is incarcerated at the California Substance Abuse Treatment Facility and State Prison in Corcoran, County of Kings, which lies in the Eastern District of California. See id. § 84(b).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

1  Because the County of Kings lies in the Eastern District of California, the court
2  orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the
3  interest of justice, this petition be transferred to the United States District Court for the
4  Eastern District of California.
5  The clerk shall transfer this matter and terminate all pending motions as moot.
6  SO ORDERED.
7  DATED: Sept. 9, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.11\Hodo, J1.transfer.wpd

2